IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSE FRANCISCO NOESI,<br>    Petitioner, | Civil Action No. 7:05CV00451 |
| v. | **FINAL ORDER ADOPTING REPORT<br> AND RECOMMENDATION** |
| B.A. BLEDSOE, WARDEN, et al.,<br>    Respondents. | By: Samuel G. Wilson<br>United States District Judge |

Jose Francisco Noesi brings this suit pursuant to 28 U.S.C. § 2241, challenging disciplinary action taken against him by the Bureau of Prisons (BOP) and claiming that the BOP has improperly calculated his good conduct time. Respondents filed a motion to dismiss, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, recommending dismissal. Neither party filed timely objections.

The court has reviewed the Magistrate Judge's report and pertinent portions of the record, and it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report be **ADOPTED** in its entirety, that the respondents' motion to dismiss be **GRANTED**, and that Noesi's suit be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

**ENTER:** This 7th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE